# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| LINE FINDERS, LLC, a Wyoming limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, INC., a Missouri corporation,<br><br>      Defendant. | Case No. 21-CV-00104-ABJ |

## NOTICE OF SETTLEMENT

Plaintiff, Line Finders, LLC, now submits this *Notice of Settlement*.

The Parties have agreed to a settlement in principle and are reducing the same to writing. The Parties will work expeditiously to finalize their settlement agreement, and, once the obligation contemplated by the settlement is complete, dismiss this proceeding with prejudice.

Dated this 15th day of December, 2023.

Respectfully submitted,

*/s/Brenton Gragg*
Jordan Factor, Esq. (CO. Bar No. 38126)
Brenton Gragg, Esq. (CO. Bar No. 52528)
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Ste. 1900
Denver, CO 80202
(303) 534-4499
Jfactor@allen-vellone.com
Bgragg@allen-vellone.com

AND

Amanda K. Riggs, WSB No. 6-3946
J. Kyle Hendrickson, WSB No. 7-5545
LONABAUGH AND RIGGS, LLP
P.O. Drawer 5059
Sheridan, WY 82801
(307) 672-7444
amanda@lonabaugh.com
kyle@lonabaugh.com

*Attorneys for Plaintiff, Line Finders, LLC.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF System, which will send notice to all counsel of record.

/s/   Brenton Gragg