### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| LINE FINDERS, LLC, a Wyoming limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, INC., a Missouri corporation,<br><br>　　　　Defendant. | Case No. 21-CV-00104-ABJ |

## Stipulation of Dismissal with Prejudice

Line Finders, LLC and Arch Insurance Company, Inc., by and through counsel, now submit this Stipulation of Dismissal with Prejudice. The Parties stipulate to dismiss this action, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each Party to bear its own fees and costs.

WHEREFORE, the Parties respectfully request that the Court dismiss this proceeding, with prejudice, and with each Party to bear its own fees and costs.

Dated: April 22, 2024.

*/s/ Brenton Gragg*
Jordan Factor, Esq. (CO. Bar No. 38126)
Brenton Gragg, Esq. (CO. Bar No. 52528)
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Ste. 1900
Denver, CO 80202
(303) 534-4499
Jfactor@allen-vellone.com
Bgragg@allen-vellone.com

AND

Amanda K. Riggs, WSB No. 6-3946
J. Kyle Hendrickson, WSB No. 7-5545
LONABAUGH AND RIGGS, LLP
P.O. Drawer 5059
Sheridan, WY 82801
(307) 672-7444
amanda@lonabaugh.com
kyle@lonabaugh.com

*Attorneys for Plaintiff, Line Finders, LLC.*


/s/ *Greg Hearing*
John M. Palmeri, Esq (WY. Bar. No. 6-2740)
Greg S. Hearing, Esq. (WY. Bar. No. 7-5528)
GORDON & REES LLP
555 Seventeenth Street, Ste. 3400
Denver, CO 80202
Telephone: (303) 534-5160
Fax: (303) 534-5161
JPalmeri@grsm.com
GHearing@gsrm.com

*Attorneys for Defendant Arch Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF System, which will send notice to all counsel of record.

*/s/Lisa A. Vos*
Lisa A. Vos