

**FILED**

*8:47 am, 4/23/24*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

LINE FINDERS, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

ARCH INSURANCE COMPANY, INC., a Missouri corporation,

    Defendant.

Case No. 21-CV-00104-ABJ

## ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Parties' Stipulation of Dismissal with Prejudice (the "Stipulation"). The Court, having reviewed the Stipulation and being advised of the premises, hereby

ORDERS that the Stipulation is adopted as an Order of the Court. This matter is DISMISSED, with prejudice, and with each Party to bear its own fees and costs.

DATED this 22d day of April, 2024.

BY THE COURT:

Alan B. Johnson
United States District Judge